**Abatement Order filed April 2, 2015.**



In The

# Fourteenth Court of Appeals

### NO. 14-15-00160-CV
_____

### MISHA FERGUSON, Appellant

### V.

### THE ENCLAVE AT COPPERFIELD, Appellee

**On Appeal from the County Civil Court at Law No. 3
Harris County, Texas
Trial Court Cause No. 1057001**

## ABATEMENT ORDER

On February 20, 2015, appellant filed a notice of appeal from a judgment signed January 21, 2015. On March 12, 2015, appellant filed a docketing statement and an affidavit of indigence in this court. *See* Tex. R. App. P. 20.1(h). When the affidavit of indigence is filed with the appellate court, the appellate court clerk must send a copy of the affidavit to the trial court clerk and court reporter and include a notice stating the deadline for filing a contest to the affidavit. Tex. R. App. P. 20.1(d)(2). Accordingly, on March 16, 2015, the clerk of this court sent appellant's affidavit of indigence to appellee, the trial court clerk, and the court reporter, and notified them that any contest was required to be filed within 10 days.

*See id.* On March 26, 2015, appellee filed a contest to appellant's affidavit.

Texas Rule of Appellate Procedure 20.1 provides that the appellate court may refer a contest of indigency to the trial court with instructions to hear evidence and grant the appropriate relief. Tex. R. App. P. 20.1(h)(4). Accordingly, we issue the following order:

We **ORDER** the trial court to hold a hearing on the contest to appellant's affidavit of indigence within the time prescribed in Texas Rule of Appellate Procedure 20.1(i)(2). *See* Tex. R. App. P. 20.1(i)(2) (requiring the hearing within 10 days of the receipt of referred contest); 20.1(i)(3) (permitting one 20-day extension of time to conduct the hearing). The trial court's order ruling on the contest must be signed within the period set for the hearing. *See* Tex. R. App. P. 20.1(i)(4).

The court reporter shall file a reporter's record from the hearing on the contest to appellant's claim of indigence, including any exhibits admitted at the hearing. The trial court's order and any written findings on whether appellant is entitled to proceed without the advance payment of costs shall be included in a supplemental clerk's record filed with the clerk of this court. These indigence records shall be filed on or before **45 days from the date of this order.**

The appeal is abated, treated as a closed case, and removed from this court's active docket. The appeal will be reinstated on this court's active docket when the the supplemental records ordered herein have been filed. The court also will consider an appropriate motion to reinstate the appeal filed by any party, or the court may reinstate the appeal on its own motion.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Jamison and Busby.